U.S. DISTRICT COURT - N.D. OF N.Y.
FILED

OCT 3 0 2025

AT _____ O'CLOCK
John M. Domurad, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    1:25-CR-436(mad) |
| | ) | |
| **v.** | ) | **Indictment** |
| | ) | |
| **MICHEL MANUEL GARCIA ROJAS,** | ) | Violation:    18 U.S.C. § 111(a)(1) and (b) |
| | ) | [Assaulting, Resisting, or |
| **Defendant.** | ) | Impeding a Federal Officer] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| | ) | County of Offense:    Schenectady |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Assaulting, Resisting, or Impeding a Federal Officer]

On or about March 5, 2025, in Schenectady County in the Northern District of New York, the defendant, **MICHEL MANUEL GARCIA ROJAS**, forcibly assaulted, resisted, opposed, impeded, intimated, and interfered with a person designated in Title 18, United States Code, Section 1114, to wit: Homeland Security Investigations Special Agent A.S., while such person was engaged in the performance of official duties, and inflicted bodily injury, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

Dated:    October 30, 2025

A TRUE BILL,    * Name Redacted

Grand Jury Foreperson

JOHN A. SARCONE III
Acting United States Attorney

By:

Benjamin S. Clark
Assistant United States Attorney
Bar Roll No. 703519